NUMBER 13-08-00226-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________________

 

ARMINDA GARZA, Appellant,


v.



ARTURO GARZA AND NEW

BERN TRANSPORT CO., Appellees. 

______________________________________________________________




On appeal from the 206th District Court 

of Hidalgo County, Texas.

____________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 206th District Court
of Hidalgo County, Texas, in cause number C-618-06-D. Appellant has filed an unopposed
motion to dismiss the appeal on grounds that the parties have settled their dispute in
controversy. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). Having dismissed
the appeal at appellant's request, no motion for rehearing will be entertained, and our
mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 20th day of August, 2009.